IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr55 HTW-FKB

SAMUEL TRIPLETT  18 U.S.C. § 113(a)(8)(b)(4)

**The Grand Jury charges:**

That on or about June 17, 2015, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Conehatta Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **SAMUEL TRIPLETT**, a non-Indian, did intentional, knowingly and recklessly impede the breathing of Vertina Triplett, his spouse, and a Choctaw Indian, thereby strangling and causing substantial injuries to her throat.

All in violation of Sections 113(a)(8)(b)(4), and 1152, Title 18, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 4th day of AUGUST, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE